**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KRISANN WILLIAMS**                                                                                      **PLAINTIFF**

v.                              **CASE NO. 3:16CV00152 BSM**

**ROSE HANCOCK, Jail Administrator,**
Clay County Detention Center; et al.                                                           **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, the PRD are hereby adopted in all respects and defendant Kari Scheffler is dismissed with prejudice from this lawsuit.

It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE