**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KRISANN WILLIAMS,**                                                                      **PLAINTIFF**

v.                  **CASE NO. 3:16-CV-00152 BSM**

**ROSE HANCOCK, Jail Administrator,
Clay County Detention Center; et al.**                           **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 21] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. Plaintiff KrisAnn Williams has not objected, and the recommendations are adopted in their entirety. Accordingly, the motion to dismiss [Doc. No. 15] submitted by defendants Rose Hancock and Tammy Bella of the Clay County Detention Center is granted for Williams's failure to prosecute, and Williams's complaint is dismissed without prejudice.

IT IS SO ORDERED this 11th day October 2016.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE